UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and FUKEKILA MERRIDA, Revenue Officer,<br><br>    Petitioners,<br><br>v.<br><br>THEODORE PADUA,<br><br>    Respondent.<br>_____/ | No. C 08-3714 WDB<br><br>ORDER REGARDING DEFENDANT MOTION FOR MORE DEFINITE STATEMENT OF JURISDICTION AND RELATED NOTICES AND DEMANDS; NOTICE OF REASSIGNMENT |

On January 21, 2009, a hearing was conducted on defendant Theodore Padua's "Notice and Demand for A Definite Statement of Allegation of *Bona Fide* Jurisdiction" and defendant's other notices and demands. Thomas Newsom appeared as counsel for the United States; defendant appeared pro se. Having reviewed all papers presented by both sides and having heard defendant's oral argument, for reasons set forth herein and more fully on the record, the Court DENIES defendant's Motion and all his other notices and demands.

Defendant admits that he resides within the Northern District of California, thus conceding the fact sufficient to support the exercise by this Court of personal jurisdiction over him.

Defendant has failed to show that the statutes on which the government relies do not confer on this Court subject matter jurisdiction over these proceedings.

Because the government has shown that the Court has both personal and subject matter jurisdiction over the matter, the litigation will proceed in this District.

1  Defendant respectfully declined to consent to the jurisdiction of the Magistrate Judge.
2 For that reason, the Clerk of this Court will now randomly reassign this case to a United States
3 District Judge. The Order To Show Cause Re Enforcement of Internal Revenue Service
4 Summonses will be heard by the reassigned United States District Judge.

6  IT IS SO ORDERED.

8  Dated: 1/22/09

WAYNE D. BRAZIL
United States Magistrate Judge