IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and FUKEKILA MERRIDA, Revenue Officer,<br><br>     Petitioners<br><br>  v.<br><br>THEODORE PADUA,<br><br>     Respondent<br>_____/ | No. C-08-3714 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE AND SCHEDULING MARCH 13, 2009 HEARING ON PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |

Before the Court is petitioners' Petition to Enforce Internal Revenue Service Summons, filed August 4, 2008.[1] Having read and considered the petition, the Court hereby sets the following briefing schedule and hearing date:

1. No later than February 18, 2009, respondent Theodore Padua ("Padua") may file and serve a response to the petition.

2. No later than February 27, 2009, petitioners may file and serve any reply thereto.

3. The Court shall conduct a hearing on the petition on March 13, 2009, at 9:00 a.m., in Courtroom No. 7, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California. All parties are ordered to appear in person at such hearing.

**IT IS SO ORDERED.**

Dated: January 29, 2009

MAXINE M. CHESNEY
United States District Judge

_____

[1] The above-titled action was reassigned to the undersigned on January 23, 2009.