IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and FUKEKILA MERRIDA, Revenue Officer,<br><br>Petitioners<br><br>v.<br><br>THEODORE PADUA,<br><br>Respondent. | No. C-08-3714 MMC<br><br>**ORDER DENYING RESPONDENT'S REQUEST FOR ISSUANCE OF WRIT AND DEMAND FOR DISMISSAL** |

The Court is in receipt of respondent Theodore Padua's filing of April 21, 2010, titled in part "Judicial Notice[;] Notice to the Administrative Court," by which filing respondent seeks issuance of a "writ of error coram nobis" and includes a demand for dismissal.

Having read and considered respondent's filing, the Court finds respondent has failed to show his entitlement to the relief sought.

Accordingly, the request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 23, 2010

MAXINE M. CHESNEY
United States District Judge